893 A.2d 720

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. FREDERICK D. PARRISH, DEFENDANT–
PETITIONER.

February 16, 2006.

ORDERED that the petition for certification is granted, limited solely to the sentencing issue raised by defendant, and the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale,* 184 *N.J.* 458, 878 *A.2d* 724 (2005).

893 A.2d 720

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER,
v. VANCLEVE ASHLEY, DEFENDANT–
RESPONDENT.

February 23, 2006.

ORDERED that the petition for certification is granted, limited solely to that portion of the judgment of the Appellate Division that remanded the matter for resentencing on the second-degree armed robbery conviction and, in respect of that issue, the judgment of the Appellate Division is summarily reversed, and the single extended-term sentence imposed by the trial court on the ground that defendant is a persistent offender is reinstated. *State v. Natale,* 184 *N.J.* 458, 878 *A.2d* 724 (2005).